■ In the Matter of the Claim of DAVID DUNLOP, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [621 NYS2d 928] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 12, 1993, which, upon reconsideration, adhered to its prior decision ruling that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

The Board reopened its prior decision in claimant's case solely for the purpose of deciding whether there had been compliance with the procedural safeguards set forth in the consent judgment of *Municipal Labor Comm. v Sitkin* (1983 WL 44294, 79 Civ 5899). Once it determined that there were no substantial violations, the Board adhered to its prior decision ruling that claimant lost his job through misconduct and did not consider the merits of claimant's case. On this appeal, claimant fails to allege any procedural errors covered by the terms of the consent judgment; accordingly, the Board's decision must be upheld.

Cardona, P. J., Mikoll, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.